IN THE NORTHERN DISTRICT OF OKLAHOMA

DR. SAM LEBARRE HORTON, on behalf of himself and all other entities and persons similarly situated, )
)
)
      Plaintiff, )   Case No. CIV-17-cv-266-MJX
)   JURY DEMAND
vs. )
)
SOUTHWEST MEDICAL CONSULTING, LLC MOLINA HEALTHCARE, INC. and JOHN DOES 1-10, intending to refer to those persons, Corporations or other legal entities that acted as agents, consultants, independent contractors or representatives, )
)
)
)
)
)
)
      Defendants. )

## MOTION FOR *PRO HAC VICE* FOR ATTORNEY JOE P. LENISKI

Jason B. Aamodt, attorney for Plaintiff Dr. Sam Lebarre Horton, pursuant to LCvR 83.2(g) and 83.3, moves this Court for an Order admitting Joe Leniski to practice before the Court solely for the purpose to appear as counsel on behalf of the Plaintiff. In support of this Motion, counsel represents to the Court as follows:

1.    Mr. Leniski is an attorney with Branstetter, Stranch & Jennings, 223 Rosa L. Parks Avenue, Suite 200, Nashville, TN. 37203. Mr. Leniski is licensed to practice in Tennessee and admitted to the following U.S. District Courts: U.S. District Court for the Middle District of Tennessee, the Eastern District of Tennessee and the Western District of Tennessee, the Eastern and Western District of Arkansas and the U.S. Court of Appeals for the First, Third and Sixth Circuit.

2. Mr. Aamodt, a member in good standing of the bar of the United States District Court for the Northern District of Oklahoma, has entered his appearance in this case on behalf of the Plaintiff and will be associated with Mr. Leniski during this lawsuit.

3. Mr. Leniski has never been the subject of a complaint charging unethical professional conduct, and has never been subject to discipline by any bar association or any other applicable authority.

4. Mr. Leniski is familiar with the Federal Rules of Civil Procedure, and the local rules of this Court.

5. The required Request for Admission Pro Hac Vice form and a fee of $50.00 is tendered with this Motion.

WHEREFORE, the undersigned respectfully requests that Joe Leniski be admitted to practice before the Court for the limited purpose of participating in this case.

Respectfully submitted,

s/Jason B. Aamodt
Jason B. Aamodt, OBA No. 16974
Deanna Hartley, OBA No. 19272
Krystina E. Phillips, OBA No. 30111
Dallas L.D. Strimple, OBA No. 30266
**INDIAN AND ENVIRONMENTAL LAW GROUP**
204 Reunion Center
Nine East Fourth Street
Tulsa, Oklahoma 74103
Tel – 918-347-6169
Email -    jason@iaelaw.com
           deannaa@iaelaw.com
           krystina@iaelaw.com
           dallas@iaelaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25rd day of May, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing.

ALEX STREETT

RYAN WILSON

JOHN B. DAVIS

DANIEL P. GUILLORY

                                              /s/ Jason B. Aamodt