IN THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. SAM LEBARRE HORTON, on behalf of himself and all other entities and persons similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>SOUTHWEST MEDICAL CONSULTING, LLC MOLINA HEALTHCARE, INC. and JOHN DOES 1-10, intending to refer to those persons, Corporations or other legal entities that acted as agents, consultants, independent contractors or representatives,<br><br>       Defendants. | Case No. CIV-17-cv-266-MJX<br>JURY DEMAND |

## MOTION FOR *PRO HAC VICE* FOR ATTORNEY JAMES A. STREET

Jason B. Aamodt, attorney for Plaintiff Dr. Sam Lebarre Horton, pursuant to LCvR 83.2(g) and 83.3, moves this Court for an Order admitting James Streett to practice before the Court solely for the purpose to appear as counsel on behalf of the Plaintiff. In support of this Motion, counsel represents to the Court as follows:

    1.    Mr. Streett is an attorney with the Streett Law Firm, 107 West Main, Russellville, AR. 72801. Mr. Streett is licensed to practice in Arkansas and Tennessee and admitted to the following U.S. District Courts: U.S. District Court for the Eastern District of Arkansas and the Western District of Arkansas, the Middle District of Tennessee, the Eight Circuit Court of Appeals and the U.S. Supreme Court.

2. Mr. Aamodt, a member in good standing of the bar of the United States District Court for the Northern District of Oklahoma, has entered his appearance in this case on behalf of the Plaintiff and will be associated with Mr. Streett during this lawsuit.

3. Mr. Streett has never been the subject of a complaint charging unethical professional conduct, and has never been subject to discipline by any bar association or any other applicable authority.

4. Mr. Streett is familiar with the Federal Rules of Civil Procedure, and the local rules of this Court.

5. The required Request for Admission Pro Hac Vice form and a fee of $50.00 is tendered with this Motion.

WHEREFORE, the undersigned respectfully requests that James A. Streett be admitted to practice before the Court for the limited purpose of participating in this case.

Respectfully submitted,

s/Jason B. Aamodt
Jason B. Aamodt, OBA No. 16974
Deanna Hartley, OBA No. 19272
Krystina E. Phillips, OBA No. 30111
Dallas L.D. Strimple, OBA No. 30266
**INDIAN AND ENVIRONMENTAL LAW GROUP**
204 Reunion Center
Nine East Fourth Street
Tulsa, Oklahoma 74103
Tel – 918-347-6169
Email -   jason@iaelaw.com
         deannaa@iaelaw.com
         krystina@iaelaw.com
         dallas@iaelaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of May, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing.

ALEX STREETT

RYAN WILSON

JOHN B. DAVIS

DANIEL P. GUILLORY

                                                                       /s/ Jason B. Aamodt