**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. DR. SAM LEBARRE HORTON, on behalf of himself and all other entities and persons similarly situated,<br>                          Plaintiffs,<br>v.<br><br>1. SOUTHWEST MEDICAL CONSULTING, LLC,<br>2. MOLINA HEALTHCARE, INC., and<br>3. John Does 1-10, intending to refer to those persons, Corporations or other legal entities that acted as agents, consultants, independent contractors or representatives,<br><br>                          Defendants. | )<br>)<br>)<br>)<br>) CASE NO: CIV-17-cv-00266-CVE-mjx<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
<u>JOHN B. DAVIS AND BRIEF IN SUPPORT</u>**

Pursuant to LCvR 83.2(g), Ryan S. Wilson, of the Wilson Law Firm, hereby requests that the Court allow John B. Davis to appear as counsel *pro hac vice* for Defendant Molina Healthcare, Inc. in this case.

      1.      Ryan S. Wilson hereby declares: I am an active member in good standing of the bar of the State of Oklahoma, Bar No. 14340. I am also admitted to practice law in this Court; the USDC Western District of Oklahoma; the USDC Eastern District of Oklahoma; the United States Court of Appeals for the Tenth Circuit; and the Supreme Court of the United States. I submit the attached Request for Admission *Pro Hac Vice* of John B. Davis, of the firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, so that he may appear as counsel *pro hac vice* for Molina Healthcare, Inc. *See* Exhibit 1.

      2.      John B. Davis is a member in good standing of the bar of the Louisiana State Courts, State Bar No. 23025. He is counsel for Molina Healthcare, Inc. and his contact information is as follows:

      John B. Davis
      Baker, Donelson, Bearman,
         Caldwell & Berkowitz, PC
      450 Laurel Street, 20th Floor
      Baton Rouge, LA  70801
      Tel: (225) 381-7026
      Fax: (225) 343-3612
      Email; jbdavis@bakerdonelson.com

3.      A proposed Order granting this Motion will be submitted to the Court.

WHEREFORE, I hereby request that the Court grant this Motion allowing John B. Davis to appear as counsel *pro hac vice* for Molina Healthcare, Inc.

                                  Respectfully submitted,

                    By:   /s/Ryan S. Wilson
                    Ryan S. Wilson (OBA #14340)
                    **WILSON LAW FIRM**
                    P.O. Box 891390
                    Oklahoma City, OK 73189
                    Telephone:  (405) 246-0092
                    Facsimile:   (405) 246-9652
                    Email:  ryan@RSWilsonlaw.com

                    **ATTORNEY FOR DEFENDANT**
                    **MOLINA HEALTHCARE, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Jason Aamodt

I hereby certify that on May 31, 2017, I served the same document by U.S. Postal Service on the following, who are not registered participants of the ECF System:

    James A. Streett
    Streett Law Firm
    107 West Main
    Russellville, AR  72801

    Joe P. Leniski, Jr.
    Branstetter, Stranch &Jennings
    223 Rosa L. Parks Avenue
    Nashville, TN  37203

    **ATTORNEYS FOR PLAINTIFF**

_____
Ryan S. Wilson