**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| 1.  DR. SAM LEBARRE HORTON, on behalf of himself and all other entities and persons similarly situated, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO: CIV-17-cv-00266-CVE-mjx |
|  | ) |
| 1. SOUTHWEST MEDICAL CONSULTING, LLC, 2. MOLINA HEALTHCARE, INC., and 3. John Does 1-10, intending to refer to those persons, Corporations or other legal entities that acted as agents, consultants, independent contractors or representatives, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**
**DANIEL P. GUILLORY AND BRIEF IN SUPPORT**

Pursuant to LCvR 83.2(g), Ryan S. Wilson, of the Wilson Law Firm, hereby requests that the Court allow Daniel P. Guillory to appear as counsel *pro hac vice* for Defendant Molina Healthcare, Inc. in this case.

1.       Ryan S. Wilson hereby declares:  I am an active member in good standing of the bar of the State of Oklahoma, Bar No. 14340.  I am also admitted to practice law in this Court; the USDC Western District of Oklahoma; the USDC Eastern District of Oklahoma; the United States Court of Appeals for the Tenth Circuit; and the Supreme Court of the United States.  I submit the attached Request for Admission *Pro Hac Vice* of Daniel P. Guillory, of the firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, so that he may appear as counsel *pro hac vice* for Molina Healthcare, Inc.  *See* Exhibit 1.

2.       Daniel P. Guillory is a member in good standing of the bar of the Louisiana State Courts, State Bar No. 31180.  He is counsel for Molina Healthcare, Inc. and his contact information is as follows:

Daniel P. Guillory
Baker, Donelson, Bearman,
    Caldwell & Berkowitz, PC
450 Laurel Street, 20th Floor
Baton Rouge, LA  70801
Tel: (225) 381-7026
Fax: (225) 343-3612
Email; dguillory@bakerdonelson.com

3.      A proposed Order granting this Motion will be submitted to the Court.

WHEREFORE, I hereby request that the Court grant this Motion allowing Daniel P.

Guillory to appear as counsel *pro hac vice* for Molina Healthcare, Inc.

Respectfully submitted,

By:     /s/Ryan S. Wilson
Ryan S. Wilson (OBA #14340)
**WILSON LAW FIRM**
P.O. Box 891390
Oklahoma City, OK 73189
Telephone:  (405) 246-0092
Facsimile:  (405) 246-9652
Email:  ryan@RSWilsonlaw.com

**ATTORNEY FOR DEFENDANT
MOLINA HEALTHCARE, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 31, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

     Jason Aamodt

I hereby certify that on May 31, 2017, I served the same document by U.S. Postal Service on the following, who are not registered participants of the ECF System:

     James A. Streett
     Streett Law Firm
     107 West Main
     Russellville, AR  72801

     Joe P. Leniski, Jr.
     Branstetter, Stranch &Jennings
     223 Rosa L. Parks Avenue
     Nashville, TN  37203

     **ATTORNEYS FOR PLAINTIFF**

                                     _____
                                       Ryan S. Wilson