IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. SAM LEBARRE HORTON, on behalf of himself and all other entities and persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHWEST MEDICAL CONSULTING, LLC; MOLINA HEALTHCARE, INC.; and John Does 1-10, intending to refer to those persons, Corporations or other legal entities that acted as agents, consultants, independent contractors or representatives,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO: CIV-17-cv-00266-CVE-mjx<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ERROL J. KING AND BRIEF IN SUPPORT

Pursuant to LCvR 83.2(g), Ryan S. Wilson, of the Wilson Law Firm, hereby requests that the Court allow Errol J. King to appear as counsel *pro hac vice* for Defendant Molina Healthcare, Inc. in this case.

1. Ryan S. Wilson hereby declares: I am an active member in good standing of the bar of the State of Oklahoma, Bar No. 14340. I am also admitted to practice law in this Court; the USDC Western District of Oklahoma; the USDC Eastern District of Oklahoma; the United States Court of Appeals for the Tenth Circuit; and the Supreme Court of the United States. I submit the attached Request for Admission *Pro Hac Vice* of Errol J. King, of the firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, so that he may appear as counsel *pro hac vice* for Molina Healthcare, Inc. *See* Exhibit 1.

2. Errol J. King is a member in good standing of the bar of the Louisiana State Courts, State Bar No. 17649. He is counsel for Molina Healthcare, Inc. and his contact information is as follows:

Errol J. King
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
450 Laurel Street, 20th Floor
Baton Rouge, LA 70801
Tel: (225) 381-7041
Fax: (225) 382-0241
Email: eking@bakerdonelson.com

3. A proposed Order granting this Motion will be submitted to the Court.

WHEREFORE, I hereby request that the Court grant this Motion allowing Errol J. King to appear as counsel *pro hac vice* for Molina Healthcare, Inc.

Respectfully submitted,

By: /s/Ryan S. Wilson
Ryan S. Wilson (OBA #14340)
**WILSON LAW FIRM**
P.O. Box 891390
Oklahoma City, OK 73189
Telephone: (405) 246-0092
Facsimile: (405) 246-9652
Email: ryan@RSWilsonlaw.com

**ATTORNEY FOR DEFENDANT
MOLINA HEALTHCARE, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

Ryan S. Wilson