IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. SAM LEBARRE HORTON, on behalf of himself and all other entities and persons similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MOLINA HEALTHCARE, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:17-cv-00266-CVE-JFJ<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT MOLINA HEALTHCARE, INC.'S
### MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned hereby moves this Court, pursuant to LCvR 83.2(g) and 83.3(b) of the United States District Court for the Northern District of Oklahoma, for permission for Kathleen R. Hartnett to appear *pro hac vice* in this action on behalf of Defendant Molina Healthcare, Inc. This Motion is accompanied by a proposed Order. This Motion also is supported by the following:

1.     Ms. Hartnett's business address is Boies Schiller Flexner LLP, 435 Tasso Street, Suite 205, Palo Alto, California 94301, telephone (650) 798-3505.

2.     Pursuant to LCvR 83.3(a), Ms. Hartnett will be associated in this matter with Mary Quinn Cooper and Michael F. Smith of the law firm McAfee & Taft, Williams Center Tower One, Two West Second Street, Suite 1100, Tulsa, Oklahoma 74103. Both Ms. Cooper and Mr. Smith are members of the bar of this Court.

3.     Pursuant to LCvR 83.3(b), Ms. Hartnett is a member in good standing of the following courts:

      a.      **State Bar Admissions**:

           California
           New York
           District of Columbia

      b.      **Federal Bar Admissions**:

           Northern District of California
           Southern District of California
           Central District of California
           Eastern District of California
           United States Court of Appeals for the Second Circuit
           United States Court of Appeals for the Fourth Circuit
           United States Court of Appeals for the Fifth Circuit
           United States Court of Appeals for the Ninth Circuit
           United States Court of Appeals for the District of Columbia
           United States District Court for the District of Columbia
           United States Supreme Court

4.     Pursuant to LCvR 82.3(g), this Motion is accompanied by a completed Request for Admission Pro Hac Vice form for Ms. Hartnett (Ex. 1) along with the required fee.

WHEREFORE, Defendant, Molina Healthcare, Inc., respectfully requests that the Court enter an Order permitting Kathleen R. Hartnett to appear *pro hac vice* in this matter.

Respectfully submitted,

*/s/ Michael F. Smith*
Mary Quinn Cooper, OBA 11966
Michael F. Smith, OBA 14815
MCAFEE & TAFT
Williams Center Tower II
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
918/587-0000
918/599-9317 (FAX)
maryquinn.cooper@mcafeetaft.com
michael.smith@mcafeetaft.com
*Attorneys for Defendant*
*Molina Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2018, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Jason B. Aamodt
Jason@iaelaw.com

Deanna Hartley
Deanna@iaelaw.com

Krystina Phillips
Krystina@iaelaw.com

Dallas Strimple
dallas@iaelaw.com

Joe P. Leniski, Jr.
joeyl@bsjfirm.com

James A. Streett
james@streettlaw.com
ATTORNEYS FOR PLAINTIFFS

s/Michael F. Smith