IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. SAM LEBARRE HORTON, on behalf of himself and all other entities and persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MOLINA HEALTHCARE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 4:17-cv-00266-CVE-JFJ<br>) JURY DEMAND<br>)<br>)<br>)<br>)<br>) |

### REPRESENTATIVE PLAINTIFF'S MOTION FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

COMES NOW Plaintiff Dr. Sam Lebarre Horton ("Representative Plaintiff"), individually and on behalf of the certified Class by and through Class Counsel, hereby submits his Motion for Final Approval of Class Action Settlement ("Motion for Final Approval"). For the reasons explained therein, the Representative Plaintiff respectfully requests that the Court: (1) grant final approval of the Settlement as fair, reasonable, and adequate, and in the best interest of all Class Members; (2) determine that notice was provided to Class Members in conformity with the Court's Preliminary Approval Order, Rule 23(c)(2)(B), and due process, and (3) enter the Final Approval Order and Judgment attached hereto as **Exhibit A**.

The Motion is supported by the following materials filed contemporaneously herewith: (1) a Memorandum of Law; and (2) the Declaration of Edward Dattilo on behalf of Settlement Administrator KCC Regarding Notice. The Representative Plaintiff has conferred with counsel for the Defendant Molina Healthcare, Inc. ("Molina"), which does not oppose this motion. Plaintiff therefore respectfully requests that the Court enter the Final Approval Order and Judgment attached hereto as **Exhibit A**.

1

DATED: August 14, 2019        Respectfully Submitted,

/s/ *Joe P. Leniski, Jr.*
Joe P. Leniski, Jr. (TN Bar No. 22891) (PHV)
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L Parks Ave, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
joeyl@bsjfirm.com

James A. Streett (Ark. Bar No. 2007092) (PHV)
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
(479) 968-2030
James@StreettLaw.com

Jason B. Aamodt, OBA No. 16974
Deanna Hartley, OBA No. 19272
Krystina E. Phillips, OBA No. 30111
Dallas L.D. Strimple, OBA No. 30266
**INDIAN AND ENVIRONMENTAL LAW GROUP**
204 Reunion Center
Nine East Fourth Street
Tulsa, Oklahoma 74103
Tel – 918-347-6169
jason@iaelaw.com
deannaa@iaelaw.com
krystina@iaelaw.com
dallas@iaelaw.com

*Attorneys for Representative Plaintiff and Class Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on the August 14, 2019, I electronically filed the foregoing document via the court's online CM/ECF system, which subsequently transmitted notice to the following counsel of record via email:

JASON ALAN MCVICKER
MARY QUINN-COOPER
MICHAEL FRANKLIN SMITH
KATHLEEN R. HARTNETT
QUYEN TA

/s/ *Joe P. Leniski, Jr.*
Joe P. Leniski, Jr.